[No. 53465-3-I. Division One. October 18, 2004.]

MARIN C. FASANO, ET AL., *Respondents*, v. BELETE SHIFERAW, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-02273-0, James A. Doerty, J., entered November 6, 2003. *Reversed* by unpublished opinion per Ellington, A.C.J., concurred in by Coleman and Baker, JJ.

[Nos. 26896-5-II; 24506-0-II. Division Two. October 19, 2004.]

FRED WAGNER, *Appellant*, v. THE CITY OF UNIVERSITY PLACE, *Respondent*.

FRED WAGNER, *Respondent*, v. THE CITY OF UNIVERSITY PLACE, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 98-2-07068-0, Karen L. Strombom, J., entered March 25, 1999. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Bridgewater and Van Deren, JJ.

[Nos. 29249-1-II; 29632-2-II. Division Two. October 19, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. MARTIN K. WARREN, *Respondent*.

THE STATE OF WASHINGTON, *Respondent*, v. MARY K. VAN HUSS, *Appellant*.

Appeals from a judgment of the Superior Court for Kitsap County, Nos. 02-1-00640-8 and 02-1-00639-4, M. Karlynn Haberly, Leonard W. Costello, and Leila Mills, JJ., entered July 26 and November 15, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Hunt, JJ.